JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROGELIO MARTINEZ, | ) | No. CV 15-2708-JLS (DFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CYNTHIA TAMPKINS, | ) | |
| Respondent. | ) | |

Under the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: January 3, 2017

_____
JOSEPHINE L. STATON
United States District Judge